1  Kym S. Cushing
   Nevada Bar No.: 4242
2  **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
   300 South 4th Street, 11th Floor
3  Las Vegas, NV 89101
   (702) 727-1400; FAX (702) 727-1401
4  Kym.cushing@wilsonelser.com
   *Attorneys for Defendants 901 Alpine Venture and ConAm Management Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MIGUEL BORJA,<br><br>Plaintiffs,<br><br>vs.<br><br>901 ALPINE VENUTRE, a California Joint Venture, CONAM MANAGEMENT CORPORATION, DEFENDANT DOE LANDSCAPER, DOES 2 through 10; And ROE CORPORATIONS 101 through 200,<br><br>Defendants. | Case No.: 2:17-cv-00189-JAD-VCF<br><br>**Order Granting Stipulation to Dismiss Case With Prejudice**<br><br>[ECF No. 17] |

Plaintiff Miguel Borja, by and through his counsel of record Scott L. Poisson and Christopher D. Burk of Bernstein & Poisson, and defendants 901 Alpine Venture and ConAm Management Corporation, by and through their counsel of record, Kym S. Cushing, of Wilson, Elser, Moskowitz,

. . .

. . .

. . .

1

1226035v.1

Edelman & Dicker LLP, hereby stipulate and agree to the dismissal of the above-captioned action, with prejudice, with each party to bear their own fees and costs.

DATED this 27 day of December, 2017.   DATED this 6 day of November, 2017.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

BY _____ #3788
for Kym S. Cushing
Nevada Bar No. 004242
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorneys for Defendants* 901 Alpine Venture and ConAm Management Corporation

**BERNSTEIN & POISSON**

BY _____
Scott L. Poisson, Esq.
Christopher D. Burk, Esq.
320 S Jones Blvd.
Las Vegas, NV 89107
*Attorney for Plaintiff*

## ORDER

The parties stipulate to dismiss Miguel Borja's claims against defendants 901 Alpine Venture and ConAm Management Corporation with prejudice, each party to bear its own attorney's fees and costs. Good cause appearing, IT IS HEREBY ORDERED that the stipulation to dismiss **[ECF No. 17] is GRANTED**. Plaintiff's claims against 901 Alpine Venture and ConAm Management are **DISMISSED** with prejudice, each party to bear its own attorney's fees and costs. The Clerk of Court is directed to **CLOSE** this case.

Dated this 28th day of December, 2017

_____
U.S. District Judge Jennifer A. Dorsey

2

1226035v.1